**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

v.  Case No. 6:14-cr-12-Orl-37DAB

ALEXANDER DEJESUS

---

**ORDER**

This matter comes before the Court on the Defendant's Motion to File Under Seal (Doc. 31), filed May 14, 2014.[1]

The public has an undisputed interest in open court proceedings and records. *Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1314—15 (11th Cir. 2001). That public interest is sometimes overcome by a party's privacy interest. *Romero v. Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir. 2005). Here, Defendant requests that certain sentencing materials be filed under seal due to their "personal and private nature." (*See* Doc. 31.) Upon review of the materials, the Court finds that the public's interest in access to the specified materials is outweighed by Defendant's interest in maintaining the confidentiality of the materials. Thus, the motion is due to be granted.

**CONCLUSION**

It is hereby **ORDERED AND ADJUDGED**:

1. Defendant's Motion to File Under Seal (Doc. 31) is **GRANTED**.

---

[1] In the first sentence of his motion, Defendant indicates that his request to file under seal is "unopposed." (Doc. 31.) Then, at the conclusion of his motion, Defendant states that he is "without knowledge as to whether the Government objects" because he was unable to reach the Government. (*Id.*) Given this inconsistency, the motion is not granted as unopposed, and Defendant should exercise greater care in his filings.

2. The Clerk is **DIRECTED** to file the paper and electronic copies of Defendant's Psychological Evaluation **UNDER SEAL**.

3. The Defendant is **DIRECTED** to serve the Government with a copy of the Psychological Evaluation that has been filed under seal.

4. The item that has been placed under seal will remain under seal for the duration of this action and any direct appeal.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 14, 2014.

_____
ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record